CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99)

| | | |
|---|---|---|
| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Eugene Seabrookes | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 97-485 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |

7. IN CASE/MATTER OF (Case Name): U.S. v. Eugene Seabrookes
8. PAYMENT CATEGORY: [X] Felony
9. TYPE PERSON REPRESENTED: [X] Adult Defendant
10. REPRESENTATION TYPE: MA

11. OFFENSE(S) CHARGED: 21:841 original charge / 28:2255 Habeas to Correct Sentence

12. ATTORNEY'S NAME AND MAILING ADDRESS: John Whipple
Telephone Number: (973) 635-3366

13. COURT ORDER: [X] O Appointing Counsel

14. NAME AND MAILING ADDRESS OF LAW FIRM:
Arseneault, Whipple, Fassett, & Azzarello, LLP
560 Main St.
Chatham, NJ 07928

Date of Order: 29 Jan 2010

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other | | | | | |
| 16a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work | | | | | |
| 17. Travel Expenses | | | | | |
| 18. Other Expenses | | | | | |