# ARSENEAULT, WHIPPLE, FASSETT & AZZARELLO, LLP

JACK ARSENEAULT
JOHN A. AZZARELLO+
KELLY DANIELS
DEBORAH FACTOR++*

ATTORNEYS AT LAW

560 MAIN STREET
CHATHAM, NEW JERSEY 07928
(973) 635-3366
FAX (973) 635-0855
EMAIL info@awfa-law.com

DAVID W. FASSETT
THOMAS M. LENNEY+++
JOHN J. ROBERTS+
JOHN C. WHIPPLE*

+ALSO ADMITTED IN NEW YORK
++ALSO ADMITTED IN CALIFORNIA
+++ALSO ADMITTED IN MICHIGAN

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

April 13, 2010

**ELECTRONICALLY FILED**

Honorable William H. Walls, U.S.D.J.
United States District Court
MLK Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **United States v. Eugene Seabrookes**
**Crim. No. 97-485 (MTB)**
**Civ. No. 01-054 (WHW)**

Dear Judge Walls:

    I was recently appointed to represent defendant Eugene Seabrookes in the above-referenced matter. This letter will confirm a telephone conference with Scott Rader of Your Honor's Chambers concerning the status of this matter. I requested a period of thirty (30) days to file a reply to the Government's response to Mr. Seabrookes's *pro se* motion.

    In short, this firm was first able to exchange correspondence with Mr. Seabrookes last week after he had been remanded for some time from State Prison to a County correctional facility. Last week we also received the file of Mr. Seabrookes's matter through his family, after attempts to acquire same through his trial attorneys were unsuccessful. Additional time is required to review the file and prepare a response. Therefore, we respectfully request that Mr. Seabrookes's reply papers be filed on or before May 12, 2010.

ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
ATTORNEYS AT LAW

Honorable William H. Walls, U.S.D.J.
Re:   United States v. Eugene Seabrookes
      Crim. No. 97-485 (MTB); Civ. No. 01-054 (WHW)
April 13, 2010
Page 2


If this schedule meets with Your Honor's approval, I have added a "So Ordered" signature line for Your Honor's convenience. Thank you for your attention to this matter.

Respectfully yours,

ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP

By: _____s/John C. Whipple_____
        John C. Whipple

cc:   Mark J. McCarren, A.U.S.A.


SO ORDERED:

_____ 14 Apr 10
HONORABLE WILLIAM H. WALLS
United States District Judge